# EXHIBIT D


## Case Information

| Case Title | Date Cast | Proceeding Type | Case Number | Ledger Balance | Date Filed | Status | Division | Cash Balance | Last Deposit | Type | Last Cost | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RANDY DENNING VS. BOND PHARMACY INC | | DAMAGES | 2021-0000685 | | 3/11/2021 | OPEN | A | | | CIVIL | | |

## Party Information

Top

| Party Type | Party Name | Attorney Firm | Attorney Name | Attorney Address | Deposits | Prepaid | Cost | Cast | Refund | Ledger | Cash Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PLAINTIFF | RANDY DENNING | RICHARDSON LAW GROUP LLC | RICHARDSON, TIMOTHY R | PO BOX 310 MADISONVILLE, LA 70447 | | | | | | | |
| DEFENDANT | BOND PHARMACY INC | IN PROPER PERSON | | SEE PARTY SEE PARTY, SP SEE PARTY | | | | | | | |
| DEFENDANT | ADVANCED INFUSION CARE | IN PROPER PERSON | | SEE PARTY SEE PARTY, SP SEE PARTY | | | | | | | |
| DEFENDANT | ADVANCED INFUSION SOLUTIONS | IN PROPER PERSON | | SEE PARTY SEE PARTY, SP SEE PARTY | | | | | | | |
| DEFENDANT | AIS HEALTHCARE | IN PROPER PERSON | | SEE PARTY SEE PARTY, SP SEE PARTY | | | | | | | |

## History Information

| Transaction Date | Session Date | Images | Party Name | Description | Code | Check Date | Check Number | Amount | Flag |
|---|---|---|---|---|---|---|---|---|---|
| 3/22/2021 | 03/22/2021 | 4 Pages | RANDY DENNING | E-FILING LONG ARM STATUTE AFFIDAVIT OF SERVICE | CLERK | | | | Flag |
| 3/11/2021 | 03/11/2021 | 1 Pages | RANDY DENNING | CITATION-LONG ARM | CLERK | | | | Flag |
| 3/11/2021 | 03/11/2021 | 2 Pages | RANDY DENNING | EXHIBIT ENTERED-2 | CLERK | | | | Flag |
| 3/11/2021 | 03/11/2021 | | RANDY DENNING | SUPREME COURT JUDICIAL COLLEGE FUND | OTHER | | | | Flag |
| 3/11/2021 | 03/11/2021 | | RANDY DENNING | POSTAGE -RETURN MAIL | CLERK | | | | Flag |
| 3/11/2021 | 03/11/2021 | | RANDY DENNING | SUPREME COURT REPORTING FEE | CLERK | | | | Flag |
| 3/11/2021 | 03/11/2021 | | RANDY DENNING | INDIGENT TRANSCRIPT FUND | OTHER | | | | Flag |
| 3/11/2021 | 03/11/2021 | | RANDY DENNING | CERTIFIED COPY FOR SERVICE | CLERK | | | | Flag |
| 3/11/2021 | 03/11/2021 | | RANDY DENNING | COPY RETURNED | CLERK | | | | Flag |
| 3/11/2021 | 03/11/2021 | | RANDY DENNING | INITIALIZATION FEE | CLERK | | | | Flag |
| 3/11/2021 | 03/11/2021 | | RANDY DENNING | INTERNET FEE - RS13:841.2 | CLERK | | | | Flag |
| 3/11/2021 | 03/11/2021 | | RANDY DENNING | COLLECTION FEE FOR SELLS (49) | CLERK | | | | Flag |
| 3/11/2021 | 03/11/2021 | | RANDY DENNING | SELLS FUND (48) | OTHER | | | | Flag |
| 3/11/2021 | 03/11/2021 | | RANDY DENNING | JUDGES SUPPL COMP FUND | JSCF | | | | Flag |

| 3/11/2021 | 03/11/2021 | | RANDY DENNING | JUDICIAL EXPENSE FUND (02) | OTHER | Flag |
| --- | --- | --- | --- | --- | --- | --- |
| 3/11/2021 | 03/11/2021 | | RANDY DENNING | INDEXING FEE-5 | CLERK | Flag |
| 3/11/2021 | 03/11/2021 | 12 Pages | RANDY DENNING | PETITION FOR DAMAGES -MD | CLERK | Flag |
| 3/11/2021 | 03/11/2021 | | RANDY DENNING | DEPOSIT By RICHARDSON, TIMOTHY R | | Flag |
| 3/11/2021 | 03/11/2021 | | ALL PARTIES | DIVISION AUTO ASSIGNED TO: A | | Flag |
| 3/11/2021 | 03/11/2021 | | ALL PARTIES | JUDGE AUTO ASSIGNED TO: JEFF JOHNSON | | Flag |

Top

For questions or comments on this website send email to webmaster@tangiclerk.org.

© 2007 - 2021 Cott Systems, Inc.
Version 1.7.18.32