# Humana.
P.O. Box 14163
Lexington KY 40512

November 18, 2020

00909

GAIL M CAVALIER
1?? RENO ST LOT 2
PIERRE PART LA 70339-4839

**Member number** ▓▓▓▓

## Notice of approval of request for services

**Member name:** GAIL CAVALIER
**Authorization number:** ▓▓▓▓
**Treating Provider / Treating Facility name** ▓▓▓▓

We reviewed the request received from you or your provider for the services shown below. Your approved request begins 11/01/2020 and ends 11/01/2021.

**Approved services:** We provided this information to your provider who can assist with any questions you have regarding the service.

| Date Request Received | Service code(s) | Services asked for by you or your provider Service descriptions below may have been shortened. | Unit(s) Approved and Unit Type |
|---|---|---|---|
| 11/18/2020 | J2274 | Injection morphine sulfate preservative free for epidural or intrathecal use 10 mg | 96 Visits |
|  | S9328 | Home infusion therapy implanted pump pain management infusion; administrative services professional pharmacy services care coordination and all necessary supplies and equipment (drugs and nursing visits coded separately) per diem | 365 Visits |

If you want other services, they may need to be approved. Discuss these with your provider.

**Please feel free to contact us**
Even though we have approved these services, payment will be based on whether you are eligible for coverage at the time of service and any benefit limitations your plan may include. You can learn more about what your plan covers, your expected out of pocket costs and verify your eligibility by logging onto MyHumana at Humana.com/logon or by calling Customer Service at the number below.

For these and any additional questions you may have, please call us at 1-866-832-5527. If you use a TTY, call 711. You can call us seven days a week, from 8 a.m. - 8 p.m. However, please note that our automated phone system may answer your call during weekends and holidays from April 1 to September 30. Please leave your name and telephone number, and we'll call you back by the end of the next business day. For 24-hour service, you can visit us at Humana.com.

Sincerely,

Y0040_GHHKERGTE_C MP4001

