

1 8 002150167

## Consent/Authorization for Treatment

Patient Name: **Sandra** **Hare** DOB: ▓▓▓▓
FIRST MI LAST

Physician: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Therapy Type: Intrathecal Medication

### SECTION 1: CONSENT/AUTHORIZATION FOR TREATMENT AND RECEIPT OF MEDICATION

I authorize/consent to Advanced Infusion Solutions (AIS) PainCare™ providing services to me pursuant to the orders of the physician named above under whose supervision I am receiving medical care.

I understand that AIS PainCare did not prescribe the medication and that AIS PainCare will not be liable for any compensatory, special damages, secondary charges, lawsuits or damages resulting from an alleged defect of equipment and/or associated supplies.

I understand that special instructions or training may be necessary for the administration of my medication. I acknowledge it is my duty to read those instructions (or have them read to me) and to undertake any necessary training prior to the administration of my medication. I agree to abide by instructions given to AIS PainCare by my prescribing physician and to have any prescribed medication be administered by my physician or staff members of his or her office or by a person trained to do so.

I understand that the physician listed above is responsible for my care and that I have made arrangements with him/her to write a prescription on my behalf for the medication he/she has prescribed. I authorize AIS PainCare to ship my prescribed medication to me or my prescribing physician's office until I change my wishes. I otherwise direct shipment in writing to AIS PainCare.

Medication Shipping Address: (if other than my prescribing physician's location)

_____

_____

I understand that my prescribed medication may contain one or more controlled substances and that it is medication for my personal use and may not be distributed, sold or transferred. If at any time I decide to change the shipping instructions of my medication, I will notify AIS PainCare in writing of my decision.

X _Sandra C. Hare_ _____ _signature_ 8/24/20
PATIENT SIGNATURE DATE WITNESS SIGNATURE DATE

**HARE EXHIBIT 1**




# Financial Responsibility/Assignment of Benefits/Release of Medical Information/NOPP and Patient Rights & Responsibilities Acknowledgement

Patient Name: Sandra Hare

## SECTION 1: FINANCIAL RESPONSIBILITY CONTRACT

I understand that my insurance company (Medicare or other) will cover all or some of the charges for the medical services provided by Advanced Infusion Solutions (AIS PainCare).

I understand that I will be responsible for payment of any amount not covered during the course of treatment. I also understand that I will be responsible for any deductibles, coinsurance, or fees for services not covered by my insurance (services not considered medically necessary).

I further agree to remit to AIS PainCare any payment received from my insurance company for services provided. I understand that I would be required to pay the billed amount within ten (10) days of receipt of such payment. AIS PainCare understands that insurance coverage is not a guarantee of payment and that I will be responsible for any costs incurred for the collection of any outstanding balance including court costs and attorney fees.

## SECTION 2: ASSIGNMENT OF BENEFITS

I assign and transfer to AIS PainCare, its agents and assigns, all of my rights to insurance and any other reimbursement benefits for services provided by AIS PainCare. I further authorize payment directly to AIS PainCare for any amount owed for services rendered. I authorize the release of any medical information pertaining to my insurance benefits and status of claims submitted by AIS PainCare, its agents and assigns. In the event my insurance company does not accept this assignment of benefits, I authorize AIS PainCare to pursue any appeals and payments on my behalf. I agree that when such payments are received, I will help them in obtaining AIS PainCare of any payment of a claim and I will remit such amount to AIS PainCare. I also agree that if any insurance payment is made directly to me, I will promptly forward such payment to AIS PainCare. I agree with and to all terms and sections.

## SECTION 3: RELEASE OF MEDICAL INFORMATION & NOPP ACKNOWLEDGEMENT

I have received a copy of AIS PainCare Notice of Privacy Practices and I authorize AIS PainCare, its agents and assigns, to release my medical records to AIS PainCare, its agents and assigns, for the purpose of obtaining medical information. I authorize AIS PainCare, its agents and assigns, to release any or all parts of the medical records to other health care providers involved in my care. I promote AIS PainCare's ongoing medical care. I authorize AIS PainCare, its agents and assigns, to release information in my medical record to qualified review organizations for the purpose of determining benefits and securing payments for the provision of goods and services. I authorize AIS PainCare to act as my agent and release information to certifying and licensing organizations and their subcontractors to obtain or maintain necessary licenses or permits. I also authorize AIS PainCare to contact me or leave messages for myself, my family and these subcontractors for the purposes of obtaining medical information and scheduling appointments.

X _Sandra C. Hare_  ___Taylor___  8/24/20
PATIENT OR LEGAL REPRESENTATIVE OF PATIENT UNABLE TO SIGN SIGNATURE    DATE    WITNESS SIGNATURE

## SECTION 4: NON-ASSIGNMENT OF BENEFITS

I do not assign and transfer to AIS PainCare, its agents and assigns, any of my rights to insurance benefits. I am responsible for submitting to my insurance company for reimbursement of services rendered. However, I authorize my insurance company to release information to AIS PainCare, its agents and assigns, for the purpose of submitting any claims or invoices for my care related to my insurance benefits and status of claims submitted by AIS PainCare, its agents and assigns. I understand that all claims, medical records and bills from AIS PainCare will be sent directly to me. I also agree that when payments are received, I will be diligent to notify AIS PainCare of payment of such claim and that I am responsible for services rendered by submitting payment via check or credit card for the full amount due.

X _Sandra C. Hare_  ___Taylor___  8/24/20
PATIENT OR LEGAL REPRESENTATIVE OF PATIENT UNABLE TO SIGN SIGNATURE    DATE    WITNESS SIGNATURE

_____    _____
REASON PATIENT UNABLE TO SIGN    LEGAL REPRESENTATIVE RELATION TO PATIENT

HARE EXHIBIT 1