UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDY DENNING, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-774** |
| **BOND PHARMACY, INC. D/B/A ADVANCED INFUSION CARE, ADVANCED INFUSION SOLUTIONS, AND AIS HEALTHCARE** | **SECTION: "H"** |

## ORDER

Before the Court is the Motion to Dismiss Plaintiff's Petition or Strike Class Action Allegations filed by Defendant Bond Pharmacy, Inc. d/b/a Advanced Infusion Care, Advanced Infusion Solutions, and AIS Healthcare ("Defendant") (Doc. 5). On July 14, 2021, this Court heard oral argument on the Motion to Dismiss and took the matter under advisement. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss (Doc. 5) is **GRANTED** and this matter is hereby **DISMISSED WITH PREJUDICE**. Reasons to follow.

New Orleans, Louisiana this 18th day of August, 2021.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**