UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RANDY DENNING | CIVIL ACTION |
| V. | NO. 21-774 |
| BOND PHARMACY, INC. | SECTION "H"(3) |

## JUDGMENT

For reasons issued October 13, 2021 and filed herein (Doc. 50);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned matter is DISMISSED WITH PREJUDICE.

Signed in New Orleans, Louisiana, this 14th day of October, 2021

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE